Ferreira v. Kamo, 19 Haw. 162.

## LUCIO FERREIRA *v.* KAMO; PAAUHAU SUGAR PLANTATION CO., GARNISHEE.

ERROR TO DISTRICT MAGISTRATE OF HAMAKUA, HAWAII.

ARGUED JULY 13, 1908.                    DECIDED JULY 14, 1908.

HARTWELL, C.J., WILDER AND BALLOU, JJ.

This is a motion by the garnishee, the plaintiff in error, to have the record amended by eliminating therefrom the statement that it appeared by one Makekau as attorney, and by adding to it certain documents referred to during the trial. In response to the order in the writ to send up the record to this court the district magistrate certified that everything had already been sent up pursuant to a writ of error and an appeal previously issued and taken. Per curiam. Under all the circumstances, without passing on the motion for the present, it is deemed advisable that the record now in this court, together with a copy of the motion, be forwarded to the district magistrate in order that he may amend and correct it, if necessary to make it conform to the true state of facts, and then return it to this court.